IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

RECEIVED US DISTRICT COURT EASTERN DISTRICT ARKANSAS
2022 MAY 25 A 9:20
TAMMY H DOWNS

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS
MAY 25 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

DESMOND WEAVER     2:22-cv-00093-DPM-JTK     PLAINTIFF

VS

ARKANSAS DIVISION OF CORRECTION     DEFENDANTS

THE ARKANSAS DEPARTMENT OF CORRECTIONS / ARKANS- AS DIVISION OF CORRECTIONS TOOK ITS AUTORITY BEYOND ITS REGULAR LIMITS AND HANDLED MY SENTENCING ORDER. THE DEPARTMENT ENHANCED MY CRIMINAL STATUS WITHOUT NOTIFING ME OR ANY COURT OF SUCH TERMS AND THIS IS NOT ADHERING TO THE DEMANDS OF MY RIGHTS BEGOT BY THE UNITED STATES CONSTITUTION. CRUEL AND UNUSUAL PUNISHMENT, EQUAL PROTECT-ION CLAUSE, DUE PROCESS AND LIFE, LIBERTY AND PROPERTY ARE ALL MAJOR FACTOR IN THIS CASE. THE 8th, 4th, 14th AND RIGHTS AS A PRISONER HAVE BEEN ALTERED. THE ADMINISTRATION FROM THE BOARD OF DIRECTORS LIKE WENDY KELLY, DEXTOR PAYNE, AND WITHIN THE CHAIN OF COMMAND AT CENTRAL OFFICES LOCATION MADE A MAJOR ERROR. IM LOOKING AT A 100% SENTECIZNG ORDER AND A HABITUAL CRIMINAL ACT THAT WASNT ORDERED THROUGH JUDGE TALLEY IN THE COLUMBIA COUNTY CIRUIT.

This case as_____ Judge Marshall
and to Magistrate Judge Kearney

X 5-23-22                                     X Desmond Weaver

Desmond Weaver #145118
880 East Gaines Street
Dermott AR 71638

LITTLE ROCK AR 720
ADC
DELTA  23 MAY 2022 PM 3 L
REGIONAL
UNIT



USA FOREVER

TO: Pro Se Clerk
600 West Capitol
Room 149
Little Rock AR 72201

72201-332049