*To RECORDS PLEASE FILL OUT YOUR PART AND SEND BACK. THANK YOU*

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 13 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF ARKANSAS
__CENTRAL__ <s>Delta</s> DIVISION

CASE NO. 2:22-cv-00093-DPM-JTK

I. Parties:

In items A below, place your full name, ADC #, and address in the spaces provided. Do the same for additional plaintiffs, if any.

A.) Name of plaintiff DESMOND WEAVER
ADC# 145118
Address: 880 EAST GAINES STREET

Name of plaintiff _____
ADC# _____
Address: _____

Name of plaintiff _____
ADC# _____
Address: _____

In item B below, place the full name, official position, place of employment, and address in the spaces provided. Do the same for additional defendants, if any.

B.) Name of defendant: ARKANSAS DIVISION OF CORR.
Position: _____
Place of employment: _____
Address: _____

Name of defendant: DEXTER PAYNE
Position: DIRECTOR
Place of employment: CENTRAL OFFICE
Address: 6814 PRINCETON PIKE PINE BLUFF AR

Name of defendant: WENDY KELLY
Position: UNKNOWN AT THE PRESENT TIME
Place of employment: _____
Address: _____

Name of defendant: _____
Position: _____
Place of employment: _____
Address: _____

Name of defendant : _____
Position : _____
Place of employment: _____
Address : _____

Name of defendant : _____
Position : _____
Place of employment: _____
Address : _____

II. Are you suing the defendants in :

- A.) official capacity only
- B.) personal capacity only
- ⓒ.) both official capacity and personal

III. Previous lawsuits

- A.) Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action ?   ☑ Yes ☐ No

- B.) If your answer is **yes**, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Parties to the previous lawsuit :

Plaintiffs : DESMOND WEAVER _____

Defendants : COLUMBIA COUNTY _____

Court (if federal court, name the district; if state, name the county) :
_____

Docket Number : _____
Name of judge to whom case was assigned : TALLEY

Disposition : (for example : Was the case dismissed ? Was it appealed ?)
_____

Approximate date of filing lawsuit : _____
Approximate date of disposition : _____

IV. Place of present confinement : DELTA REGIONAL UNIT

V. At the time of the alleged incident(s), were you : (Check the appropriate blank)

___ in jail and still awaiting trial on pending criminal charges;
✓ serving a sentence as a result of a judgment of conviction;
___ in jail for other reasons (e.g. alleged probation violation, etc. )

Explain : _____
_____
_____

VI. The prison litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each claims asserted
in this complaint may result in the dismissal without prejudice of all claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint ?   ☐ Yes ☐ No

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the Grievance procedure ?   ☐ Yes ☐ No
  If **not**, why ? _____

VII. Statement of Claim.

State here, (as briefly as possible), the facts of your case.  Describe how each Defendant is involved.  Include also the names of other people involved, dates, and places.  **Do not** give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I DESMOND WEAVER COME NOW BEFORE THE COURT ASKING FOR JUSTICE TO BE SERVED DUE TO THE FACT THAT my AMENDMENT RIGHTS WERE VIOLATED WITHOUT DUE PROCESS OF THE COURT SYSTEM. CRUEL AND UNUSUAL PUNISHMENT PLAYS A FACTOR ALSO BECAUSE my SENTENCE WAS ENHANCED TO 100% BY THE ARKANSAS DEPARTMENT OF CORRECTION AND A HABITUAL BECAME my TITLE, BUT BOTH WAS POSTED ON THE ADC FOMIS BEFORE I WAS EVEN NOTIFIED AND NO COURTS WAS CONTACTED TO HANDLE SUCH A PROCESS WHICH IS UNCONSTITUTIONAL BY ARKANSAS LAW AND/OR THE UNITED STATES CONSTITUTION. FOR THE 1ST, 4TH, 8TH, & 14th TO BE VIOLATED IN SUCH A FORM PLEASE ACCEPT ME THROWING mySELF ON THE MERCY OF THE COURT IN HOPES TO CELERY THE SITUATION.

VIII. Relief:

State briefly exactly what you want the court to do for you. **Make no legal arguments.**

Cite no cases or statutes. I WOULD LIKE A PREMILARY INJUCKTION TO BE FILED MAKING ME UNABLE TO BE RETALIATED AGAINST FOR SEEKING THE COURTS HELP AND A PRIMARY INJUCKTION MAKING SURE THAT NO MORE HINDERANCE CAN BE DONE ON A ENHANCEMENT LEVEL TO ANY INMATE WITHOUT AUTHORIZED CONSENT FROM A COURT APPOINTED JUDGE. I WOULD LIKE $500,000 FOR PAIN AND SUFFERING, $75,000 FOR MENTAL ANGUISH, TO BE RECLASSIFIED ON THE RIGHT TERMS AND A WRITTEN APOLOGY TO ME AND MY FAMILY FOR DEFIMATION OF CHARCTER.

I declare under penalty of perjury, (18 U.S.C. § 1621) that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this __6__ day of __JUNE__, 20 __22__

Respectfully Submitted,

DESMOND WEAVER

4

## CERTIFICATE OF SERVICE

I, DESMOND WEAVER, the Petitioner herein, do hereby certify that on this 6 day of JUNE, 20 22, a copy of the foregoing was served on the following by placing in the US mail with sufficient postage affixed to ensure delivery to :

Pro Se Law Clerk
600 West Capitol, Suite 402
Little Rock, AR 72201-3325

DESMOND WEAVER
Petitioner, *Pro se*

**STATE OF ARKANSAS** )
                      )§
**COUNTY OF CHICOT**  )

SUBSCRIBED AND SWORN TO BEFORE ME, a *Notary Public*, on this 7 day of June, 2022.

_____
Notary Public

My Commission Expires : 4-5-2028

STEVEN A MITCHELL SR.
NOTARY PUBLIC-STATE OF ARKANSAS
DREW COUNTY
My Commission Expires 04-05-2028
Commission # 12705937

Desmon Weaver #145118
880 east gaines St.
Dermott, ARK 71638

ADC
DELTA
REGIONAL
UNIT



quadient
FIRST-CLASS MAIL
IMI
$001.56
06/08/2022 ZIP 71638
043J31221540
US POSTAGE

United states District court
Clerk's office
Richard sheppard Arnold united states
courthouse 600 W. capitol Avenue
Suite A-149
Little Rock, Arkansas, 72201