# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DESMOND WEAVER**
**ADC #145118**                                                                                    **PLAINTIFF**

v.                              No. 2:22-cv-93-DPM

**ARKANSAS DIVISION OF**
**CORRECTION; BOARD OF**
**DIRECTORS; DEXTER PAYNE,**
**Director; and WENDY KELLEY**                                     **DEFENDANTS**

## JUDGMENT

Weaver's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2022